THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA 18503
Phone: (570)348-2800

Attorneys for Plaintiff

```
              UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )    1:CR-01-312
          Plaintiff,         )
                             )
     V.                      )    SATISFACTION OF JUDGMENT
_____)       (Caldwell, J.)
                             )
KEVIN DOLPHIN,               )
          Defendant.         )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      Full satisfaction is hereby acknowledged of that certain judgment entered on January 24, 2003, in favor of the United States of America, against the above-named defendant. The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED: November 10, 2005

                                      THOMAS A. MARINO
                                      United States Attorney

                                      /s G. MICHAEL THIEL
                                      G. MICHAEL THIEL
                                      Assistant U.S. Attorney

                                      KAREN M. MUSLOSKI
                                      Paralegal Specialist